UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KOOKMIN BEST INSURANCE COMPANY, LTD. (US Branch), f/k/a Leading Insurance Group Insurance Company,<br><br>                              Plaintiff,<br>       -v-<br><br>FOREMOST INSURANCE COMPANY,<br><br>                              Defendant. | 18 Civ. 782 (PAE)<br><br>ORDER |

PAUL A. ENGELMAYER, District Judge:

      The Court has received the parties' conflicting letters regarding the other side's purported failure to comply with the Court's March 5, 2019, opinion and order holding that defendant Foremost Insurance Company had a duty to defend the underlying state-court actions and to reimburse Kookmin for the expenses it had incurred in doing so.  The Court directs that counsel, in lieu of a fee hearing before this Court, proceed promptly to a settlement conference before the United States Magistrate Judge assigned to this case, the Hon. Ona T. Wang, with an eye towards resolving this eminently resolvable dispute expeditiously.  The Court directs counsel promptly to contact Judge Wang to arrange such a conference.

      SO ORDERED.

                                                                                                  *Paul A. Engelmayer*
                                                                                  Paul A. Engelmayer
                                                                                  United States District Judge

Dated: March 15, 2021
       New York, New York